```
 1  DANIEL J. BRODERICK, #89424
    Federal Defender
 2  Linda Harter, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    ANDREA S. MOON
 4  Certified Student Attorney
    801 I Street, 3rd Floor
 5  Sacramento, California 95814
    Telephone: (916) 498-5700
 6

 7
    Attorney for Defendant
 8  TYLER SEYMON

 9

10
                    IN THE UNITED STATES DISTRICT COURT
11
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
12

13

14
    UNITED STATES OF AMERICA,       )  Mag. No. 11-165 DAD
15                                  )
                 Plaintiff,         )
16                                  )  STIPULATION AND [PROPOSED] ORDER
         v.                         )  TO VACATE AND RESET STATUS
17                                  )  CONFERENCE DATE
    TYLER SEYMON,                   )
18                                  )
                 Defendant.         )  Date:  October 18, 2011
19                                  )  Time:  10:00 a.m.
    _____ )  Judge: Hon. Dale A. Drozd
20

21

22
         The United States of America, through David Stevens, Special
23
    Assistant United States Attorney, together with defendant, Tyler
24
    Seymon, by counsel Linda Harter, Chief Assistant Federal Defender,
25
    stipulate to vacate the status conference set for October 18, 2011 at
26
    10:00 am and reset the status conference date for December 13, 2011 at
27
    10:00 am.
28
```

1 | The parties are close to a resolution in this matter and the
2 | defense requires additional time to provide the government with
3 | documentation.

Dated: October 14, 2011

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ Linda Harter
LINDA HARTER
Assistant Federal Defender
Attorney for Defendant
TYLER SEYMON

Dated: October 14, 2011

BENJAMIN B. WAGNER
United States Attorney

/s/ David Stevens
David Stevens
Special Assistant U.S. Attorney

ORDER

IT IS SO ORDERED.

DATED: October 14, 2011.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

ddad1:criminal
seymon0165.stipord.cont.statconf.wpd

STIPULATION AND [PROPOSED] ORDER   -2-